Margaret A. Elder (SBN 177424)
Chandra Gehri Spencer (SBN 184010)
ELDER & SPENCER, LLP
17011 Beach Bd., Suite 900
Huntington Beach, CA 92647
Tel: (714) 375-6696
Fax: (888) 422-8027
E-mail: info@elderspencer.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MAYRA RODRIGUEZ, et al., | CASE NO. 5:17-cv-00686-JGB (SPx) |
| Plaintiffs, | Assigned to Hon. Jesus G. Bernal |
| vs. | **ORDER OF DISMISSAL [FRCP 41(A)]** |
| SUN CITY HERMOSA C.C.C., et al., | |
| Defendants. | |

TO THE PARTIES AND TO THEIR COUNSEL OF RECORD:

Based on the request of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated: October 29, 2018

_____
Hon. Jesus G. Bernal
United States District Court Judge